IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| LEVIT W. ANDERSON § | |
| § | |
| v. § | CIVIL ACTION NO. G-02-165 |
| § | |
| JO ANN B. BARNHART, § | |
| COMMISSIONER OF SOCIAL SECURITY § | |

### ORDER

Before the Court is Plaintiff Levit Anderson's action for a review of a final decision of the Commissioner of the Social Security Administration. The Magistrate Judge ordered Plaintiff to file a motion for summary judgment by April 29, 2005, then *sua sponte* extended the deadline until July 7 when Plaintiff failed to do so. The Magistrate Judge warned Plaintiff that failure to comply with this schedule would result in dismissal of his case for want of prosecution. Plaintiff did not comply with the Magistrate Judge's Order.

It is therefore **ORDERED** that the above-titled action is hereby **DISMISSED FOR WANT OF PROSECUTION**.

**DONE** at Galveston, Texas this 21st day of July, 2005.

_____
Samuel B. Kent
United States District Judge