IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| LEVIT W. ANDERSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-02-165 |
| | § | |
| JO ANN B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL SECURITY | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED FOR WANT OF PROSECUTION**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 21st day of July, 2005.

_____
Samuel B. Kent
United States District Judge